Bostwick v. Dodge.

### BOSTWICK v. DODGE.

B. against whom D. had recovered a judgment in the circuit court, removed the cause into this court by writ of error: soon afterwards he applied for and obtained his discharge under the bankrupt law of 1841, D. proving the judgment as a claim against his estate in bankruptcy. Supposing that by these proceedings the judgment had been *ipso facto* discharged, and that nothing remained to be done to prevent its affirmance, B. neglected to advise with or instruct his attorney, who, after the discharge in bankruptcy, and in ignorance of it, moved the cause on to a hearing in this court, where the judgment below was affirmed, (see 1 Dougl. Mich. R. 416,) and execution issued thereon. B. now moved that the execution be perpetually stayed.

THE COURT, holding B.'s neglect to avail himself of the discharge before the judgment of affirmance, to be satisfactorily explained, granted the motion, on the terms of his paying the costs of all the proceedings in this court.*

* See *Parks* v. *Goodwin*, (decided Jan. Term, 1848,) granting the same relief to a party who had *gone through bankruptcy* between the argument and the decision of the cause in this court.